# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| United States of America<br>*Plaintiff*<br>v.<br>Jupiter Aluminum Corporation<br>*Defendant* | )<br>)<br>) Civil Action No.   2:07-cv-262<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

X other:   Final Judgment Under Fed.R.Civ.P. 54 and 58 .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

X decided by Judge   Philip P. Simon   on a motion for   Final Judgment .

Date:   Jan 15, 2010

*CLERK OF COURT*

/s/ Sue Alcala

*Signature of Clerk or Deputy Clerk*