# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>JUPITER ALUMINUM CORPORATION, )<br>)<br>Defendant. ) | Case No. 2:07-CV-262 PPS |

## ORDER

Plaintiff United States of America, on behalf of the U.S. Environmental Protection Agency, and Defendant Jupiter Aluminum have filed a joint stipulation to terminate the Consent Decree that was entered in this case on October 10, 2007. The parties stipulate that Jupiter has satisfactorily complied with the requirements for termination of the Consent Decree set out in Paragraph 78 of the decree.

Therefore, **IT IS HEREBY STIPULATED, AGREED, AND ORDERED**:

The Consent Decree [DE 20] is terminated.

**SO ORDERED.**

Entered: March 10, 2014.

                                                  s/ Philip P. Simon
                                                 PHILIP P. SIMON, CHIEF JUDGE
                                                 UNITED STATES DISTRICT COURT